
## CULLENandDYKMANLLP

**ELIZABETH IOVINO**
Associate
DIRECT DIAL: (516) 357-3869
DIRECT FAX:  (516) 296-9155
EIOVINO@CULLENANDDYKMAN.COM

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

September 11, 2009

**Via ECF**
Honorable Leonard D. Wexler
United States District Court Judge
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

    Re:    Frank J. Gaeta v. Inc. Village of Garden City and Police Officer Errol Wedra
             Docket No. 09-CV-1375 (LDW) (ARL)

Dear Judge Wexler,

    This firm represents the defendants in the above-referenced matter. In furtherance of my phone conversation on Tuesday, September 8th with Peter Ausili and plaintiff's counsel Frederick J. Martorell, I submit this letter to respectfully request that this matter be administratively closed upon the Court's consent, pending the outcome of the related action in Nassau County Supreme Court. Both parties will retain the right to re-open the matter.

    Thank you for your consideration.

Very truly yours,

Elizabeth Iovino (EI 2896)

*Founded 1850*

BROOKLYN    LONG ISLAND    MANHATTAN    WASHINGTON, D.C.    NEW JERSEY